IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| HOWARD K. STERN, as Executor of the Estate of Vickie Lynn Marshall, a/k/a Vickie Lynn Smith, a/k/a Vickie Lynn Hogan, a/k/a Anna Nicole Smith,<br><br>Plaintiff,<br><br>vs.<br><br>STANCIL SHELLEY, a/k/a Ford Shelley, G. BEN THOMPSON, and John or Jane Doe 1-12 whose true names are unknown,<br><br>Defendants. | Civil Action No. 4:08-cv-2753-TLW<br><br>**MOTION TO ENTER FOURTH AMENDED SCHEDULING ORDER** |

Defendant Stancil Shelley moves before the court for an entry by the Court for a Fourth Amended Scheduling Order extending the time in which Defendants shall make their Fed. R. Civ. P. 26(a)(2) expert disclosures to June 18, 2009, extending the time in which counsel shall file and serve their affidavits of records custodian witnesses to August 31, 2009, extending the discovery deadline to July 18, 2009, extending the deadline to file all motions except those to complete discovery, those nonwaivable motions and those relating to the admissibility of evidence at trial to August 3, 2009, extending the time in which to complete mediation to August 31, 2008, extend the time for the parties to file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures to August 31, 2009, and extending the date this case is subject to be called to trial to on or after October 1, 2009. A copy of the proposed Forth Amended Scheduling Order is attached for the Court's consideration.

**NELSON MULLINS RILEY &**
**SCARBOROUGH LLP**

By:    s/Susan P. MacDonald
      Susan P. MacDonald
      Federal Bar No. 984
      3751 Robert B. Grissom Pkwy/Suite 300
      Post Office Box 3939 (29578-3939)
      Myrtle Beach, South Carolina 29577

*Attorneys for Defendant Stancil Shelley*