## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | |
|---|---|
| HOWARD K. STERN, as Executor of the ) <br> Estate of Vickie Lynn Marshall, ) <br> a/k/a Vickie Lynn Smith, ) <br> a/k/a Vickie Lynn Hogan, ) <br> a/k/a Anna Nicole Smith, ) <br> ) <br>       Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STANCIL SHELLEY, ) <br> a/k/a Ford Shelley, ) <br> G. BEN THOMPSON, ) <br> and John or Jane Doe 1-12 whose true names) <br> are unknown, ) <br> ) <br>       Defendants. ) <br> _____) | Civil Case No.:  4:08-cv-2753 <br><br><br> **EMERGENCY MOTION TO STAY** <br> **DEPOSITION OF SUSAN M. BROWN** |

The undersigned hereby moves to stay the deposition of Susan M. Brown which is scheduled for October 5, 2009 at 10:00 a.m. until such time as a hearing can be held on my Motion to be relieved as Attorney of Record for Defendant, G. Ben Thompson, in his pending case referenced above with the Florence Division of the South Carolina District Court.

By:  _s\ R. Scott Joye_
R. Scott Joye
Federal I.D. No. 7310
Joye, Nappier & Risher, LLC
3575 Highway 17 Business
Murrells Inlet, SC 29576
Attorney for Defendant,
G. Ben Thompson

Murrells Inlet, South Carolina
October 2, 2009