# BRIEF IN SUPPORT OF
# MOTION FOR CONTEMPT

# EXHIBIT J



## *The Law Office of*
# *Susan M. Brown, P.C.*

September 25, 2009

Neal McCabe
The O'Quinn Law Firm
2300 Lyric Centre Building
440 Louisiana
Houston, TX 77002

  **Re: Common Interest Agreement between Virgie Arthur, Ford Shelley and Gaither Thompson**

Dear Neil,

  Please accept this a notification that Gaither Thompson hereby wishes to withdraw from the Common Interest Agreement between the above referenced parties. Pursuant to paragraphs eight and eleven of said agreement, please immediately return all copies of any item forwarded to your firm under this agreement. I recognize that the copies of the original hard drives have been returned.

  Additionally, if you could please confirm in writing that no information received by your firm from the hard drives has been disseminated to any other party or person and that all information has remained confidential as per the agreement.

  Please return the items, if any exist, to my office at 525 Clubhouse Drive, Suite 120, Peachtree City, GA 30269.

  Thanking you in advance for your cooperation in this matter.

    Sincerely,

    Susan M. Brown

SMB:js