IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| HOWARD K. STERN, as Executor of the Estate of Vickie Lynn Marshall, a/k/a Vickie Lynn Smith, a/k/a Vickie Lynn Hogan, a/k/a Anna Nicole Smith,<br><br>    Plaintiff,<br><br>vs.<br><br>STANCIL SHELLEY, a/k/a Ford Shelley, G. BEN THOMPSON, GAITHER BENGENE THOMPSON, II, MELANIE THOMPSON, GINA THOMPSON SHELLEY, SUSAN M. BROWN, and THE LAW OFFICES OF    SUSAN M. BROWN, P.C.<br><br>    Defendants. | Civil Action No. 4:08-cv-2753-JMC-TER |

## STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST SOME, BUT NOT ALL, DEFENDANTS

COME NOW, Plaintiff Howard K. Stern, as Executor of the Estate of Vickie Lynn Marshall, and Defendants Stancil Ford Shelley a/k/a Ford Shelley, G. Ben Thompson, Gaither Bengene Thompson, II, Melanie Thompson, and Gina Thompson Shelley and hereby stipulate to the voluntary dismissal with prejudice only of the Executor's claims against Defendants Stancil Shelley, G. Ben Thompson, Gaither Bengene Thompson, II, Melanie Thompson, and Gina Shelley Thompson in the above-styled action.

The action remains pending against the Brown Defendants, subject to satisfaction of certain terms in the settlement agreement between the Executor and the Brown Defendants.

1

Stipulated to this 4th day of April, 2012.

s/ Louis Nettles
Karl A. Folkens
(District Court ID No. 854)
Karl@folkenslaw.com
Louis Nettles
(District Court ID No. 2521)
Louis@folkenslaw.com

**FOLKENS LAW FIRM, P.A.**
3326 West Palmetto Street
Florence, South Carolina 29501
Telephone:  (843) 665-0100
Facsimile:  (843) 665-0506

L. Lin Wood
(Georgia Bar No. 774588) (Pro hac vice)
lwood@whtrialllaw.com

**WOOD, HERNACKI & EVANS, LLC**
1180 West Peachtree Street
Suite 2400
Atlanta, Georgia 30309
Telephone: 404-891-1402

Nicole Jennings Wade
(Georgia Bar No. 390922) (Pro hac vice)
Nicole.Wade@BryanCave.com
Luke A. Lantta
(Georgia Bar No. 141407) (Pro hac vice)
Luke.Lantta@BryanCave.com

**BRYAN CAVE LLP**
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone:  (404) 572-6600
Facsimile:  (404) 572-6999

*Attorneys for the Executor*

s/ Susan P. MacDonald by LN with express permission
Susan P. MacDonald
Fed. Bar No. 984
susan.macdonald@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
Beach First Center, 3rd Floor
3751 Robert M. Grissom Parkway
Myrtle Beach, SC 29577
Tel: 843-448-3500

*Attorneys for Defendants
Stancil Shelley and Gina Shelley*

s/ Benjamin A. Baroody by LN with express permission
Benjamin A. Baroody
Dist. Ct. ID No. 9442
BBaroody@bellamylaw.com
Bellamy, Rutenberg, Copeland, Epps,
  Gravely & Bowers, P.A.
Post Office Box 357
Myrtle Beach, SC 29578-0357
Tel: 843-448-2400

*Attorneys for Defendants
Gaither Bengene Thompson, II and
Melanie Thompson*

G. Ben Thompson
3760 Waterford Drive
Myrtle Beach, SC 29577

*Pro Se*



Susan M. Brown
The Law Offices of Susan M. Brown, P.C.
525 Clubhouse Drive
Peachtree City, Georgia  30269

*Pro se, individually, and on behalf of
The Law Offices of Susan M. Brown, P.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2012, I electronically filed the foregoing document with the Clerk of Court, which will automatically send notification of such filing to the following attorneys of record:

Susan P. MacDonald
Nelson Mullins Riley & Scarborough LLP
Beach First Center, 3rd Floor
3751 Robert M. Grissom Parkway
Myrtle Beach, SC  29577

*Attorneys for Defendants*
*Stancil Shelley and Gina Shelley*

Benjamin A. Baroody
David B. Miller
Bellamy, Rutenberg, Copeland, Epps,
   Gravely & Bowers, P.A.
Post Office Box 357
Myrtle Beach, SC  29578-0357

*Attorneys for Defendants*
*Gaither Bengene Thompson, II and*
*Melanie Thompson*

I further certify that this same day, the foregoing document was served upon the following by first class mail addressed as follows:

G. Ben Thompson
3760 Waterford Drive
Myrtle Beach, SC 29577

*Pro Se*

Susan M. Brown
The Law Offices of Susan M. Brown, P.C.
525 Clubhouse Drive
Peachtree City, Georgia  30269

*Pro se, individually, and on behalf of*
*The Law Offices of Susan M. Brown, P.C.*

This 4th day of April, 2012.

          s/ Louis Nettles
Louis Nettles
(District Court ID No. 2521)
Louis@folkenslaw.com