IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| HOWARD K. STERN, as Executor of the Estate of Vickie Lynn Marshall, a/k/a Vickie Lynn Smith, a/k/a Vickie Lynn Hogan, a/k/a Anna Nicole Smith,<br><br>  Plaintiff,<br><br>vs.<br><br>STANCIL SHELLEY, a/k/a Ford Shelley, G. BEN THOMPSON, GAITHER BENGENE THOMPSON, II, MELANIE THOMPSON, GINA THOMPSON SHELLEY, SUSAN M. BROWN, and THE LAW OFFICES OF  SUSAN M. BROWN, P.C.,<br><br>  Defendants. | Civil Action No. 4:08-cv-2753-JMC-TER |

## STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST REMAINING DEFENDANTS

COME NOW, Plaintiff Howard K. Stern, as Executor of the Estate of Vickie Lynn Marshall, and Defendants Susan M. Brown and The Law Offices of Susan M. Brown, P.C. and hereby stipulate to the voluntary dismissal with prejudice of the Executor's claims against Defendants Susan M. Brown and The Law Offices of Susan M. Brown, P.C. in the above-styled action.

The parties previously stipulated to the dismissal of the Executor's claims against Defendants Stancil Shelley, G. Ben Thompson, Gaither Bengene Thompson, II, Melanie

1

Thompson, and Gina Shelley Thompson. This Stipulation dismisses all remaining claims against the two remaining defendants in this action.

Stipulated to this 27 day of April, 2012.

s/ Louis Nettles
Karl A. Folkens
(District Court ID No. 854)
Karl@folkenslaw.com
Louis Nettles
(District Court ID No. 2521)
Louis@folkenslaw.com

**FOLKENS LAW FIRM, P.A.**
3326 West Palmetto Street
Florence, South Carolina 29501
Telephone:    (843) 665-0100
Facsimile:     (843) 665-0500

L. Lin Wood
(Georgia Bar No. 774588) (Pro hac vice)
lwood@whetriallaw.com

**WOOD, HERNACKI & EVANS, LLC**
1180 West Peachtree Street
Suite 2400
Atlanta, Georgia 30309
Telephone: 404-891-1402

Nicole Jennings Wade
(Georgia Bar No. 390922) (Pro hac vice)
Nicole.Wade@BryanCave.com
Luke A. Lantta
(Georgia Bar No. 141407) (Pro hac vice)
Luke.Lantta@BryanCave.com

**BRYAN CAVE LLP**
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone:    (404) 572-6600
Facsimile:     (404) 572-6999

*Attorneys for the Executor*

Susan M. Brown
The Law Offices of Susan M. Brown, P.C.
525 Clubhouse Drive
Peachtree City, Georgia 30269

*Pro se, individually, and on behalf of*
*The Law Offices of Susan M. Brown, P.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2̲0̲, 2012, I electronically filed the foregoing document with the Clerk of Court, which will automatically send notification of such filing to the following attorneys of record:

Susan P. MacDonald
Nelson Mullins Riley & Scarborough LLP
Beach First Center, 3rd Floor
3751 Robert M. Grissom Parkway
Myrtle Beach, SC  29577

*Attorneys for Defendants*
*Stancil Shelley and Gina Shelley*

Benjamin A. Baroody
David B. Miller
Bellamy, Rutenberg, Copeland, Epps,
   Gravely & Bowers, P.A.
Post Office Box 357
Myrtle Beach, SC  29578-0357

*Attorneys for Defendants*
*Gaither Bengene Thompson, II and*
*Melanie Thompson*

I further certify that this same day, the foregoing document was served upon the following by first class mail addressed as follows:

G. Ben Thompson
3760 Waterford Drive
Myrtle Beach, SC 29577

*Pro Se*

Susan M. Brown
The Law Offices of Susan M. Brown, P.C.
525 Clubhouse Drive
Peachtree City, Georgia  30269

*Pro se, individually, and on behalf of*
*The Law Offices of Susan M. Brown, P.C.*

This ____ day of April, 2012.

                                   s/ Louis Nettles
                                   Louis Nettles
                                   (District Court ID No. 2521)
                                   Louis@folkenslaw.com